IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK AGUIAR,

    Petitioner,                    No. 2:10-cv-2059 KJN P

    vs.

J. W. HAVILAND, Warden,

    Respondent.                <u>ORDER</u>

_____/

    Petitioner has filed his second request for an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of August 12, 2010. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's October 18, 2010 motion for an extension of time (Dkt. No. 8) is granted; and

    2. Petitioner is granted twenty-eight days from the date of this order in which to file an in forma pauperis application. No further extensions of time will be granted.

DATED: October 26, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

agui2059.111sec