IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK AGUIAR,

      Petitioner,               No. 2: 10-cv-2059 JAM KJN P

    vs.

J. W. HAVILAND,

      Respondent.         ORDER TO SHOW CAUSE

_____/

      Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 19, 2011, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

      Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why his failure to oppose respondent's January 19, 2011 motion to dismiss should not deemed a waiver of any opposition to the granting of the motion. Petitioner is

////

////

////

1

cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

DATED: February 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ag2059.osc